**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abbott Spine, Inc., ) | No. CV-05-3605-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Gannon Rice Medical, Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The court has before it Gannon Rice Medical, Inc., Justin Gannon, and Clair Rice's (collectively "GRM defendants") motion to dismiss (doc. 61), plaintiff's response (doc. 64), and GRM defendants' reply (doc. 66).

In its first amended complaint (doc. 23), plaintiff asserted claims for breach of contract, breach of the covenant of good faith and fair dealing, tortious interference with business relationships, breach of fiduciary duty, and unfair competition. Rather than file an answer to the amended complaint, the GRM defendants now move to dismiss all claims "with the exception of the claim for injunctive relief." Motion to Dismiss at 1.  Plaintiff responds that the motion should be denied because injunctive relief is the only relief sought against the GRM defendants. The GRM defendants now concede that this eliminates the basis for their motion to dismiss, Reply at 3, and accordingly the motion is denied as moot (doc. 61).

1       Nevertheless, the GRM defendants also move to stay this proceeding pending their
2 appeal to the Ninth Circuit of the order granting plaintiff's motion for preliminary injunction
3 (doc. 43). The GRM defendants make the untenable argument that "there are no claims for
4 relief other than the injunctive relief which is on appeal [and] [t]here is nothing to be done
5 in furtherance of any other claims." Reply at 2. They further contend that having obtained
6 the necessary discovery to secure injunctive relief, there is no basis for plaintiff to require the
7 GRM defendants to incur the additional expense of answering the amended complaint or
8 engaging in further discovery. Id.

9       The GRM defendants fail to recognize the material distinction between a preliminary
10 and permanent injunction and the concomitant purposes and burdens of proof associated with
11 each. Interlocutory appeals from preliminary injunctive orders do not divest district courts
12 of jurisdiction to address the merits of the action, see Thomas v. Bd. of Educ., 607 F.2d 1043,
13 1047 n.7 (2d Cir. 1979) (citing 9 James Wm. Moore et al., Moore's Federal Practice ¶ 203.11
14 (2d ed. 1975)), even when the only relief sought is permanent injunctive relief. The outcome
15 of the appeal will not affect the processing of the underlying merits of the claims.

16       Accordingly, **IT IS ORDERED DENYING** GRM defendants' motion to dismiss
17 (doc. 61). The GRM defendants' shall have 15 days from the date of this order to answer the
18 amended complaint.

19       DATED this 21st day of July, 2006.

                          */s/ Frederick J. Martone*
                           Frederick J. Martone
                           United States District Judge